MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EDELMANN PEREZ, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 10-00826-DLJ <br><br> STIPULATION AND [] <br> ORDER EXCLUDING TIME FROM <br> JANUARY 26, 2012 TO FEBRUARY 2, <br> 2012 |

On the Court's motion, the next status hearing in this matter was moved from January 26, 2011, at 9:00 a.m., to February 2, 2011, at 9:00 a.m. The defendant Edelmann Perez, represented by Evans D. Prieston, Esq., the defendant Froylan Hernandez, represented by James McNair Thompson, Esq.,the defendant Maria Delosangeles Cruz, represented by Ruben T. Munoz, Esq., the defendant Eslevan Navarro, represented by Alfredo M. Morales, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, request that time be excluded under the Speedy Trial Act from January 26, 2011 to February 2, 2011, to permit the

ORDER EXCLUDING TIME
Case No. CR 10-00826-DLJ

parties the reasonable time necessary for effective preparation.

DATED: January 25, 2012  MELINDA HAAG
United States Attorney

        /s/
Thomas A. Colthurst
Assistant United States Attorney

        /s/
Evans D. Prieston, Esq.
Counsel for Defendant Edelmann Perez

        /s/
James McNair Thompson, Esq.
Counsel for Defendant Maria Delosangeles Cruz

        /s/
Ruben T. Munoz, Esq.
Counsel for Defendant Froylan Hernandez

        /s/
Alfredo M. Morales, Esq.
Counsel for Defendant Eslevan Navarro

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between January 26, 2011 and February 2, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 26, 2011 and February 2, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 26, 2011 and February 2, 2011, shall be excluded from computation under the Speedy Trial Act. 18

ORDER EXCLUDING TIME
Case No. CR 10-00826-DLJ

1  U.S.C. § 3161(h)(7)(A) and (B)(iv).

3  IT IS SO ORDERED.

4  DATED: FDIFDG

_____
THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

ORDER EXCLUDING TIME
Case No. CR 10-00826-DLJ