1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)          <mark>ÒE̊ÒŏŠÒÖ̈ÆĤ̄Ê̄Đ̃Ĩ̄Đ̃ĠE</mark>
Assistant United States Attorney

5

6   150 Almaden Boulevard, Suite 900
San Jose, California 95113

7  Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

8

Attorneys for United States of America

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. 10-CR-00826-DLJ
                                     )
15        Plaintiff,                 )
                                     )   STIPULATION AND []
16    v.                             )   ORDER CONTINUING HEARING DATE
                                     )
17  EDELMANN PEREZ,                  )
                                     )
18        Defendant.                 )
    _____      )

19

20

21       The defendant EDELMANN PEREZ, represented by Evans D. Prieston, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23  request that the sentencing hearing currently scheduled for May 17, 2012, be continued to

24  August 9, 2012.

25       On March 1, 2012, EDELMANN PEREZ pleaded guilty plead guilty to Count One of

26  the Indictment in the above-captioned matter charging him with conspiring to possess with intent

27  to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and

28  841(b)(1)(A)(viii).  He has been in custody since his arrest.

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

1    The parties are requesting that his sentencing hearing be reset to August 9, 2012.

2    No other defendants are affected by this request.

3    SO STIPULATED:

4

5    Dated: March 2, 2012                    /S/
                                     Thomas A. Colthurst
6                                    Assistant United States Attorney

7

8
     Dated: March 2, 2012                    /S/
9                                    Evans D. Prieston, Esq.
                                     Attorney for Defendant
10

11       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

12   hearing for *United States v. Edelmann Perez*, scheduled for May 17, 2012, is continued to

13   August 9, 2012, at 10:00 a.m.

14

15

16   DATED: ___HDI DFG___

17                                    THE HONORABLE D. LOWELL JENSEN
                                     United States District Judge
18

19

20

21

22

23

24

25

26

27

28