MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ESLEVAN NAVARRO, <br> Defendant. | No. 10-CR-00826-DLJ <br><br> STIPULATION AND [] ORDER CHANGING STATUS HEARING FROM May 24, 2012, AT 9:00 A.M TO JUNE 14, 2012 AT 9:00 A.M. AND EXCLUDING TIME FROM May 24, 2012 TO JUNE 14, 2012 |

The defendant Eslevan Navarro, represented by Bruce C. Funk, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently have scheduled before this Court a status hearing on May 24, 2012, at 9:00 a.m. The parties request that the status hearing be rescheduled to June 14, 2012 at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from May 24, 2012 to June 14, 2012, to permit the parties the reasonable time necessary for effective

////

////

*US v.Navarro.,* 10-CR-00826-DLJ
Stipulation and [] Order re Status Hearing

preparation and continuity of counsel.

DATED: May 23, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
Thomas A. Colthurst
Assistant United States Attorney

_____/s/_____
Bruce C. Funk, Esq.
Counsel for Defendant Eslevan Navarro

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from May 24, 2012, at 9:00 a.m. to June 14, 2012 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from May 24, 2012, through June 14, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 24, 2012, through June 14, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between May 24, 2012 and June 14, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

*US v.Navarro.,* 10-CR-00826-DLJ
Stipulation and [] Order re Status Hearing