MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax: 831.426.0159

Attorney for Marcelino Cruz Torres

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>MARCELINO CRUZ TORRES,<br><br>          Defendant. | Case No. CR10-00826-DLJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Thomas Colthurst, and defendant Marcelino Cruz Torres, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the sentencing hearing currently scheduled for June 21, 2012 should be continued to August 2, 2012 due to an attorney scheduling conflict.

Cruz Torres-[Proposed] Order Continuing Sentencing Hrg - 1 -

IT IS SO STIPULATED.

                                                     MELINDA HAAG
                                                     United States Attorney

Date: June 11, 2012

                                                      /S/
                                                 THOMAS COLTHURST
                                                 Assistant United States Attorney

Date: June 11, 2012                                /MDS/
                                                 MICHELLE D. SPENCER
                                                 Attorney for Marcelino Cruz Torres

## [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing shall be continued from June 21, 2012 to August 2, 2012 at 10:00 a.m.

Date:_____                                 _____
                                                   HON. D. LOWELL JENSEN
                                                 Senior United States District Judge