1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 10-CR-00826-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [ ] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| RAFAEL CHIPRES CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant RAFAEL CHIPRES CAMPOS, represented by Lupe Martinez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for June 28, 2012, be continued to July 19, 2012.

The final presentence report was only recently disclosed and the parties need additional time to prepare their sentencing positions.

Accordingly, the parties are requesting that his sentencing hearing be reset to July 19, 2012.

STIPULATION AND [ ORDER
Case No. 10-CR-00826-DLJ

No other defendants are affected by this request.

SO STIPULATED:

Dated: June 25, 2012      /S/
Thomas A. Colthurst
Assistant United States Attorney


Dated: June 25, 2012      /S/
Lupe Martinez, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Rafael Chipres Campos*, scheduled for June 28, 2012, is continued to July 19, 2012, at 10:00 a.m.

DATED: Î ꜝÎ ꜝG

THE HONORABLE D. LOWELL JENSEN
United States District Judge