MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ESLEVAN NAVARRO, ) <br> ) <br> Defendant. ) <br> ) | No. 10-CR-00826-DLJ <br><br> STIPULATION AND [] ORDER CHANGING STATUS HEARING FROM JULY 5, 2012, AT 9:00 A.M TO JULY 12, 2012 AT 9:00 A.M. AND EXCLUDING TIME FROM JULY 5, 2012 TO JULY 12, 2012 |

    The defendant Eslevan Navarro, represented by Bruce C. Funk, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently have scheduled before this Court a status hearing on July 5, 2012, at 9:00 a.m. The parties request that the status hearing be rescheduled to July 12, 2012 at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from July 5, 2012 to July 12, 2012, to permit

////

////

*US v.Navarro.,* 10-CR-00826-DLJ
Stipulation and [] Order re Status Hearing

////

the parties the reasonable time necessary for effective preparation and continuity of counsel.

DATED: July 3, 2012  MELINDA HAAG
United States Attorney

_/s/_
Thomas A. Colthurst
Assistant United States Attorney

_/s/_
Bruce C. Funk, Esq.
Counsel for Defendant Eslevan Navarro

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from July 5, 2012, at 9:00 a.m. to July 12, 2012 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from July 5, 2012, through July 12, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 5, 2012, through July 12, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between July 5, 2012 and July 12, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: ï ĐĐFG

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge