MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.515.5053

Attorney for Marcelino Cruz Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> MARCELINO CRUZ TORRES, <br><br> Defendant. | Case No. CR10-00826-DLJ <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM AUGUST 2, 2012 TO AUGUST 23, 2012** |

Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Thomas Colthurst, and defendant Marcelino Cruz Torres, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the sentencing hearing currently scheduled for August 2, 2012 should be continued to August 23, 2012 in order for defense counsel to adequately prepare for the sentencing hearing.

Cruz Torres-[Proposed] Order Continuing Sentencing Hrg - 1 -

IT IS SO STIPULATED.

                                         MELINDA HAAG
                                         United States Attorney

Date: July 17, 2012

                                         _____/S/_____
                                         THOMAS COLTHURST
                                         Assistant United States Attorney

Date: July 17, 2012                     _____/MDS/_____
                                         MICHELLE D. SPENCER
                                         Attorney for Marcelino Cruz Torres

### ~~[PROPOSED]~~ ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing shall be continued from August 2, 2012 to August 23, 2012 at 10:00 a.m.

Date:_____                        _____
                                         HON. D. LOWELL JENSEN
                                         Senior United States District Judge