| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5065<br>Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00826-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| RAFAEL CHIPRES CAMPOS, | ) | |
| Defendant. | ) | |

The defendant RAFAEL CHIPRES CAMPOS, represented by Lupe Martinez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for July 19, 2012, be continued to July 26, 2012.

The government needs additional time to prepare its sentencing memorandum.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

Accordingly, the parties are requesting that his sentencing hearing be reset to July 26, 2012.

No other defendants are affected by this request.

SO STIPULATED:

Dated: July 17, 2012  /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: July 17, 2012  /S/
Lupe Martinez, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Rafael Chipres Campos*, scheduled for July 19, 2012, is continued to July 26, 2012, at 10:00 a.m.

DATED: ïƊïƊG

THE HONORABLE D. LOWELL JENSEN
United States District Judge