MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIA DELOSANGELES CRUZ,<br><br>    Defendant. | No. 10-CR-00826-DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING DATE |

    The defendant MARIA DELOSANGELES CRUZ, represented by Ruben T. Munoz, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for August 23, 2012, be continued to September 13, 2012.

    No other defendants are affected by this request.

////

////

////

SO STIPULATED:

Dated: August 10, 2012           /S/
                                 Thomas A. Colthurst
                                 Assistant United States Attorney


Dated: August 10, 2012           /S/
                                 Ruben T. Munoz, Esq.
                                 Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. MARIA DELOSANGELES CRUZ*, scheduled for August 23, 2012, is continued to September 13, 2012, at 10:00 a.m.

DATED: _____

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge