JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047
Attorney for Defendant Froylan Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, | Case No.: 10-CR-00826-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER ADVANCING SENTENCING HEARING ONE WEEK |
| vs. | |
| FROYLAN HERNANDEZ, | |
| Defendant | |

The defendant FROYLAN HERNANDEZ, represented by James McNair Thompson, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 13, 2012 at 10:00 a.m., be advanced to September 6, 2012 at 10:00 a.m.

FROYLAN HERNANDEZ' sentencing was originally set for August 2, 2012, but was continued upon the stipulation of the parties so that certain pre-sentence matters could be resolved; those matters have been resolved, but counsel for defendant has a court appearance in another court set for September 13, 2012.

1  Both counsel are available September 6, 2012, and therefore the parties
2  request the matter be advanced to that date.
3  On May 17, 2012, FROYLAN HERNANDEZ pleaded guilty to Count Two of
4  the Indictment in Case No. 10-CR-00826-DLJ charging him with possessing with
5  intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and
6  841(b)(1)(A)(viii) and Title 18, United States Code, Section 2. He has been
7  incarcerated since his arrest.
8  No other defendants are affected by this request.
9  SO STIPULATED:

Dated: July 31, 2012              /S/
                                  Thomas A. Colthurst
                                  Assistant United States Attorney

Dated: July 31, 2012              /S/
                                  James McNair Thompson, Esq.
                                  Attorney for Defendant

## [] ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for United States v. Froylan Hernandez, scheduled for September 13, 2012 at 10:00 a.m., is advanced to September 6, 2012, at 10:00 a.m.

DATED: 

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge