MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-00826-DLJ |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| EDELMANN PEREZ, ) | |
|     Defendant. ) | |

    The defendant EDELMANN PEREZ, represented by Evans D. Prieston, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 20, 2012, be continued to November 1, 2012.

    On March 1, 2012, EDELMANN PEREZ pleaded guilty plead guilty to Count One of the Indictment in the above-captioned matter charging him with conspiring to possess with intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). He has been in custody since his arrest.

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

The parties are requesting that his sentencing hearing be reset to November 1, 2012.

No other defendants are affected by this request.

SO STIPULATED:

Dated: September 11, 2012  /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: September 11, 2012  /S/
Evans D. Prieston, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Edelmann Perez*, scheduled for September 20, 2012, is continued to November 1, 2012, at 10:00 a.m.

DATED: _____

THE HONORABLE D. LOWELL JENSEN
United States District Judge