| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5065 |
| 7 | Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-00823-DLJ |
| | ) | No. 10-00826-DLJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING DATE |
| MANUEL VILLA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant MANUEL VILLA, represented by Arturo Hernandez-M, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for May 2, 2013, be continued to May 23, 2013.

No other defendants are affected by this request.

The parties expect that they will be ready to proceed with sentencing on May 23, 2013. The continuance is necessary because counsel need more time to frame their sentencing recommendations and counsel for Mr. Villa has a schedule conflict with an out-of-town matter.

STIPULATION AND [] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00826-DLJ

SO STIPULATED:

Dated: April 23, 2013  /S/
Thomas A. Colthurst
Assistant United States Attorney


Dated: April 23, 2013  /S/
Arturo Hernandez-M, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Manuel Villa*, scheduled for May 2, 2013, is continued to May 23, 2013, at 10:00 a.m.

DATED: ~~DICTH~~

THE HONORABLE D. LOWELL JENSEN
United States District Judge